# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**John G. Papianou**
Admitted in Pennsylvania, New Jersey & New York

1735 Market Street
Philadelphia, PA 19103-7505
Tel: 215-772-1500

Direct Dial: 215-772-7389
Fax: 215-731-3636
Email: jpapianou@mmwr.com

March 12, 2021

**BY ECF**

> Time to answer is set for April 12. The March 25 conference is adjourned to April 26, 2021 at 12:30 p.m. Call-In: 1-888-363-4749; Access Code: 3667981. SO ORDERED.
> Dated: 3/15/2021
>
> _P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

The Honorable P. Kevin Castel
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Vitale v. BeenVerified, Inc.
     Case No. 1:21-cv-00817-PKC

Dear Judge Castel:

I represent Defendant BeenVerified, Inc. ("BeenVerified") in the above-referenced matter and write with the consent of all parties to request an adjournment of the Initial Pretrial Conference scheduled for March 25, 2021.

Plaintiff commenced this action on January 29, 2021. On February 11, BeenVerified executed a waiver of service, making its response due April 12. Given that BeenVerified is investigating Plaintiff's claims, and that its response is now due after the March 25 Initial Pretrial Conference, the parties believe it would be most efficient for the Court to adjourn the conference until after BeenVerified files its response. This practice is consistent with the Court's individual rules, which provide that "A request for an adjournment of time to answer a complaint should include a request to adjourn the initial conference to a date at least 14 days after the answer would be due."

Accordingly, the Parties request that the Court adjourn the March 25 Initial Pretrial Conference and that the Court re-schedule it for a date in May 2021 (i.e., a date at least two weeks after April 12, 2021). No adjournment or extension has been previously sought.

Respectfully submitted,

John G. Papianou

cc:   Alexis I. Lehman, Esquire (by ECF)